**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 24, 2021

Mr. Trevor Lynn Earl
McBrayer
500 W. Jefferson Street
Room 2400
Louisville, KY 40202

Ms. Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 W. Short Street
Suite 800
Lexington, KY 40507-0000

        Re:  Case No. 21-5410, *Anntonia Withers v. United of Omaha Life Insurance*
              Originating Case No. : 1:19-cv-00108

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                       Sincerely yours,

                                       s/Connie A. Weiskittel
                                       Mediation Administrator

cc:  Mr. James J. Vilt Jr.

Enclosure

No mandate to issue

Case No. 21-5410

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ANNTONIA WITHERS

    Plaintiff - Appellee

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 24, 2021